UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IREETA MORRIS,                                    CASE NO. CV F 10-1360 LJO SMS

                    Plaintiffs,          **ORDER AFTER SETTLEMENT**
         vs.                             (Doc. 5.)

UNITED RECOVERY
SYSTEMS, LP,

                    Defendant.
_____/

     Plaintiff's counsel has filed a notice of settlement and request to vacate dates.  Pursuant to this Court's Local Rule 16-160, this Court ORDERS plaintiff, **no later than September 27, 2010,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show cause why this action should not be closed.

     This Court VACATES all pending dates and matters, including the October 14, 2010 scheduling conference.

     Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 160 and 272.

IT IS SO ORDERED.

**Dated:    August 17, 2010**              _____
                                         **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE