Michael S. Agruss (SBN: 259567)
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x235
Fax: 866-620-2956
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
IREETA MORRIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO DIVISION**

| | |
|---|---|
| IREETA MORRIS | ) Case No.: 1:10-cv-01360 |
| Plaintiff, | ) |
| vs. | ) **ORDER OF DISMISSAL WITH** |
| UNITED RECOVERY SYSTEMS, LP, | ) **PREJUDICE** |
| Defendant. | ) |

Based upon the Voluntary Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.  This court is to maintain jurisdiction for 45 days for settlement purposes.  This Court directs the clerk to administratively close this action.

**IT IS SO ORDERED.**

Dated: September 29, 2010

_/s/ Lawrence J. O'Neill_____
The Honorable Judge
United States District Judge

[Proposed] Order